1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DAVID ALLEN HIGHFILL,              |   Case No. EDCV 14-0734 (SS)

12                Plaintiff,

13        v.                                        **JUDGMENT**

14  CAROLYN W. COLVIN,
    Acting Commissioner of the
15  Social Security Administration,

16                Defendant.

17

18

19

20        IT IS ADJUDGED that the decision of the Commissioner is

21  AFFIRMED and that the above-captioned action is dismissed with

22  prejudice.

23

24  DATED:  September 3, 2015

25

26                                _____/S/_____
                                  SUZANNE H. SEGAL
27                                UNITED STATES MAGISTRATE JUDGE

28